NUMBER
13-02-416-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

IN THE MATTER OF A TRANSFER OF STRUCTURED SETTLEMENT 

PAYMENT RIGHTS BY MARY MICHELE SEYMOUR-GIESALHART
A/K/A 

MARY MICHELE SEYMOUR

___________________________________________________________________

 

                         On
appeal from the 23rd District Court 

                                of Wharton
County, Texas

___________________________________________________________________

 

                                   O
P I N I O N 

 

                   Before
Justices Dorsey, Rodriguez, and Castillo 

                                       Opinion
Per Curiam

 

Appellants, SETTLEMENT CAPITAL CORPORATION and MARY MICHELE
SEYMOUR-GIESALHART A/K/A MARY MICHELE SEYMOUR, attempted to perfect an
appeal from a judgment entered by the 23rd District Court of Wharton County, Texas.   On July 31, 2002, the trial court vacated and set aside the judgment
and ordered a new trial.








The Court, having examined and fully considered the documents on file
and the trial court=s order granting a new
trial, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and
filed this

the 10th
day of October, 2002.